IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDDIE SCOTT,

    Petitioner,

v.                                                      CASE NO. 4:07-cv-00068-MP-WCS

FLORIDA PAROLE COMMISSION,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that this matter be transferred to the United States District Court for the Middle District of Florida. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that jurisdiction is appropriate in the Middle District, as the district of confinement and conviction. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this  *18th*   day of May, 2007

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge